**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED VAN LINES, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-cv-00251-RP |
| | § | |
| **AMICA MUTUAL INSURANCE** | § | |
| **COMPANY, ANDREW POTTER,** | § | |
| **AND KATHERINE POTTER** | § | |
| Defendants. | § | |

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff United Van Lines, LLC ("United") and Defendants Amica Mutual Insurance Company, Andrew Potter and Katherine Potter ("Defendants") (collectively, the "Parties") move this Court to enter the attached agreed order dismissing with prejudice all of the Parties' claims.

The Parties have fully resolved and settled for mutual valuable consideration all disputes in this matter as between them. No issues remain between the Parties that require judicial resolution, and the Parties' claims should be dismissed with prejudice. Accordingly, the Parties respectfully request that the Court grant this Agreed Motion to Dismiss with Prejudice and enter the Order submitted herewith.

Respectfully submitted,

*/s/ Vic H. Henry*
Vic H. Henry
Texas Bar No. 09484250
vhhenry@hoaf.com
Emileigh Stewart Hubbard
Texas Bar No. 24076717

**HENRY ODDO AUSTIN & FLETCHER,**
 **a Professional Corporation**
1700 Pacific Avenue, Suite 2700
Dallas, Texas 75201
Telephone:  (214) 658-1900
Facsimile:   (214) 658-1919

**ATTORNEYS FOR PLAINTIFF**
**UNITED VAN LINES, LLC**


**FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746
(512) 476-5300
FAX (512) 476-5771

*By: /s/Joanna Lippman Salinas*
Joanna Lippman Salinas
State Bar No. 00791122

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served by the Court's CM/ECF electronic filing system on counsel of record in accordance with the Federal Rules of Civil Procedure on this 23rd day of June, 2020.

                            /s/ *Vic H. Henry*
                              Vic H. Henry