IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED VAN LINES, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:20-CV-251-RP |
| AMICA MUTUAL INSURANCE COMPANY, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

On June 23, 2020, Plaintiff United Van Lines, LLC and Defendants Amica Mutual Insurance Company, Andrew Potter, and Katherine Potter filed an agreed motion to dismiss stating that they have resolved their dispute and dismissed their claims with prejudice. (Dkt. 18). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 24, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE